# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRENT YOUNG,                )
                            )
        **Plaintiff,**    )
                            )
vs.                         )  Case No. 17-cv-0419-MJR-SCW
                            )
NURSE ROGERS,               )
DR. M. SCOTT,               )
C/O REID, and               )
LT. BAKER,                  )
                            )
        **Defendants.**   )

## ORDER ADOPTING REPORT AND RECOMMENDATION

**REAGAN, Chief Judge:**

      Before the Court is a Report and Recommendation submitted by the Honorable Stephen C. Williams, United States Magistrate Judge, on July 6, 2018 (Doc. 70, R&R). The R&R recommends that the undersigned grant two oral motions to dismiss this lawsuit for want of prosecution. The oral motions were presented at a July 6, 2018 hearing on an exhaustion-based summary judgment motion. Plaintiff (who had been paroled from prison at that point) was clearly warned that his attendance at the July 6th hearing was mandatory, and failure to appear could result in dismissal of his case (see Doc. 66; Doc. 70, p. 2). Plaintiff did not appear for the hearing, and defense counsel moved for dismissal under Federal Rule of Civil Procedure 41(b).

      The R&R stated that any objection must be filed by July 23, 2018. That date passed, with neither an objection nor a motion for extension of the objection deadline filed. Because no objection was lodged against the R&R, the undersigned need not

conduct de novo review of the R&R.  **28 U.S.C. 636(b)(1)(C) (A judge shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.);** *Thomas v. Arn*, **474 U.S. 140 (1985);** *Johnson v. Zema Systems Corp.*, **170 F.3d 734, 741 (7th Cir. 1999);** *Video Views Inc., v. Studio 21, Ltd.*, **797 F.2d 538 (7th Cir. 1986).**

The Court **ADOPTS** in its entirety Judge Williams' R&R (Doc. 70, which concludes that Plaintiff has "abandoned his interest in this case"), **GRANTS** both motions (Docs. 67-68), and **DISMISSES** this action with prejudice for lack of prosecution by Plaintiff.  Judgment shall be entered against Plaintiff Young and in favor of Defendants Rogers, Scott, Reid, and Baker.

IT IS SO ORDERED.

DATED: July 24, 2018

*s/ Michael J. Reagan*
Michael J. Reagan
United States District Judge